UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROUND LAKE FARMERS COOPERATIVE, CIVIL NO. 02-293 (MJD/JGL)

Plaintiff,

v.

KENNETH MEYERDIRK

Defendant.

---

ROUND LAKE FARMERS COOPERATIVE, CIVIL NO. 02-294 (MJD/JGL)

Plaintiff,

v.

FRED DEJONG,

Defendant.

---

ORDER FOR CONSOLIDATION

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Pursuant to the provisions of Rule 42(a), the matters of Civil No. 02-293 (MJD/JGL) and Civil 02-294 (MJD/JGL) are consolidated for all purposes. The Clerk may close Civil 02-294 (MJD/JGL), and merge the contents thereof with Civil File No. 02-293 (MJD/JGL).

2. All pleadings hereafter filed in these consolidated matters shall bear the caption:

MAR 13 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ROUND LAKE FARMERS COOPERATIVE, CIVIL NO. 02-293 (MJD/JGL)

Plaintiff,

v.

KENNETH MEYERDIRK and
FRED DEJONG,

Defendants.

Dated: March 13, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Parties agree that these cases should be consolidated under Rule 42 of the Federal Rules of Civil Procedure.

J.M.M.