UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROUND LAKE FARMERS COOPERATIVE,

Plaintiff,

v.

KENNETH MEYERDIRK and
FRED DEJONG,

Defendants.

CIVIL NO. 02-293 (MJD/JGL)

ORDER/NOTICE OF HEARING

The above matter came on before the undersigned upon the District Court's Order of Referral dated March 7, 2002, referring Plaintiff's Motion to Remand and for Attorney's Fees and Costs to the undersigned.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED:

1. Plaintiff's Motion to Remand and for Attorney's Fees and Costs and related pleadings shall be delivered and filed on or before March 18, 2002.

2. Defendants' Response to Plaintiff's Motion shall be delivered and filed on or before March 29, 2002.

3. Plaintiff's Reply, if any, shall be delivered and filed on or before April 2, 2002.

4. Oral argument will be held before the undersigned on Plaintiff's Motion to Remand and for Attorney's Fees and Costs on April 4, 2002 at 1:30 p.m. in Courtroom

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: March 13, 2002

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The terms of this Order were agreed upon by the Parties in the telephone conference with this Court on March 12, 2002.

J.M.M.