UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Round Lake Farmers Cooperative<br><br>v.<br><br>Kenneth Meyerdirk et al | )<br>)<br>)<br>)<br>) | 02-CV-293 (MJD/JGL) |
| Fred Dejong<br><br>v<br><br>Round Lake Farmers Cooperative | )<br>)<br>)<br>)<br>) | 02-CV-497 (JMR/FLN) |

ORDER FOR REASSIGNMENT OF RELATED CASES

Case No. 02-CV-293 having been assigned to the Honorable Michael J. Davis, United States District Judge and Case No. 02-CV-497 having later been assigned to the Honorable James M. Rosenbaum, United States District Chief Judge and said matters being related cases, IT IS ORDERED that:

1. Case No.02-CV-497 be assigned to the Honorable Michael J. Davis, United States District Judge, nunc pro tunc, by use of a card on the Securities list of the automated case assignment system, and the Clerk of Court shall void and reuse a card on the same list, pursuant to this Court's Assignment of Cases Order, dated April 2, 2001.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. A copy of this Order shall be filed in each case.

Dated: March 20, 2002

Michael J. Davis
United States District Judge

Dated: March 18, 2002

JAMES M. ROSENBAUM
United States Chief District Judge