UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Round Lake Farmers Cooperative,

Plaintiff,

v. Civil No.: 02-293 (MJD/JGL)

Kenneth Meyerdirk, et al.,

Defendants.

Kenneth Meyerdirk,

Plaintiff,

v. Civil No. 02-498 (DSD/SRN)

Round Lake Farmers Cooperative,

Defendant.

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 02-293 having been assigned to Judge Michael J. Davis and case number 02-498 having later been assigned to Judge David S. Doty and said matters being related cases,

IT IS HEREBY ORDERED that case number 02-498 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the Securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated April 2, 2001.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 10, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 4/10/02

JUDGE DAVID S. DOTY
United States District Court

FILED APR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

April 11, 2002

Kenneth Meyerdirk, Civil No. 02-498 DSD/SRN

Plaintiff,

v.

Round Lake Farmers Cooperative,
Defendant.

Civil No. 02-498 MJD/JGL

This case no. 02-498 has been re-assigned to Judge Michael J. Davis and Chief Magistrate Judge Jonathan G. Lebedoff. Please note new judge initials above and refer to those initials when filing pleadings with the District Court.